**No. 53994.**—The John J. Brunner Agency, Inc., et al. *v.* United States, protest 962726–G, etc. (New York).

Opinion by COLE, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, JANUARY 30, 1950

**No. 53995.**—F. B. Vandegrift & Co. *v.* United States, protest 136037–K (Philadelphia).

Opinion by CLINE, J. In accordance with stipulation that the merchandise consists of laurel leaves similar in all material respects to those the subject of *The Levy & Levis Co., Inc.* v. *United States* (23 Cust. Ct. 8, C. D. 1180), the claim of the plaintiff was sustained.

**No. 53996.**—Griggs, Cooper & Co. *v.* United States, protests 113990–K, etc. (Minneapolis).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 53997.**—Philip Blum & Co., Inc., et al. *v.* United States, protests 132311–K/1225, etc. (Chicago).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53998.**—Koeller-Struss Co. *v.* United States, protest 47293–K (St. Louis).

Opinion by EKWALL, J. It was stipulated that the issue herein is the same in all material respects as that presented in *Mamary Bros., Inc.* v. *United States* (21 Cust. Ct. 135, C. D. 1142). In accordance therewith it was held that the currency of the invoice should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on the entry.